**UNITED STATES BANKRUPTCY COURT**
**EASTERN AND WESTERN DISTRICTS OF ARKANSAS**
**FORT SMITH DIVISION**

**In Re: Scott Eugene Graham and Tashanna Lazhae Moore-Graham**  Case No: 2:24-bk-70948
    **DEBTORS**  Chapter 13

**APPLICATION FOR COMPENSATION FOR ADDITIONAL SERVICES**

    The attorney for the debtor(s) hereby represents that the following additional services have been provided and submits this Application for Compensation for Additional Services.

1.    The following additional services have been provided as reflected by the following:

    Pleading: Modified Chapter 13 Plan

    Docket No: 40 Date Filed: January 2, 2026   Service Description Number: 2
    (If document not filed with the Court, attach copy of document.)

| Date Filed with Court | Description of Service | Maximum Allowable Fee | Requested Amount |
|---|---|---|---|
| | 1. Post-Confirmation Amended Plan - Adding Only Unsecured Creditors (Awarded upon confirmation of plan) | $125 | |
| 1.2.26 | 2. Post-Confirmation Amended Plan (Awarded upon confirmation of modified plan) | $400 | $400 |
| | 3. Pre- or Post-Confirmation Lien Avoidance Action (Uncontested/no trial) | $400 | |
| | 4. Pre- or Post-Confirmation Lien Avoidance Action (Contested/Trial) | $500 | |
| | 5. Post-Confirmation Letter to Creditor to Cease Collection Efforts, Contacts, Post-Petition Garnishment (With relevant documentation attached) | $50 | |
| | 6. Post-Confirmation Notice of Bankruptcy Filed in Another court (With relevant documentation attached) | $50 | |
| | 7. Pre- or Post Confirmation Defense of an IRS or DFA Motion for Relief from Stay to Setoff Refund | $150 | |
| | 8. Post-Confirmation Defense of an IRS or DFA Motion to Compel to File Tax Returns | $100 | |
| | 9. Pre- or Post-Confirmation Defense of a DFA Motion for Strict Compliance for Debtor Engaged in Business | $150 | |
| | 10. Pre- or Post-Confirmation Motion to Assist Debtor in Compliance or Performance of Plan, e.g. Refund/Disbursement, Motion for Approval of Special Counsel, Motion to Compromise Controversy Motion to Approve Settlement (No Trial) | $375 | |
| | 11. Pre- or Post-Confirmation Motion to Assist Debtor in Compliance or Performance of Plan, e.g. Refund/Disbursement, Motion for Approval of Special Counsel, Motion to Compromise Controversy Motion to Approve Settlement (Trial) | $500 | |
| | 12. Pre- or Post Confirmation Motion to Abate Payments or Motion to Extend or Modify Strict Compliance Order | $225 | |
| | 13. Pre- or Post Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Real Property) (No Trial) | $500 | |
| | 14. Pre- or Post Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Real Property) (Trial) | $650 | |
| | 15. Pre- or Post Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Personal Property) (No Trial) | $250 | |
| | 16. Pre- or Post Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Personal Property) (Trial) | $350 | |
| | 17. Pre- or Post Confirmation Objection to Claim (Uncontested, filed by debtor's attorney) | $200 | |
| | 18. Pre- or Post Confirmation Objection to Claim (Contested, filed by debtor's attorney | $400 | |
| | 19. Motion for "Hardship Discharge" Pursuant to 11 U.S.C. § 1328(b) (if funds available) | $400 | |
| | 20. Pre- or Post Confirmation Defense of a Motion for Relief from Stay or Creditor's Motion to Dismiss (No trial and not provided as surrendered/ abandoned in plan and when fees are not requested under another section of this paragraph, e.g. amended plan or amended schedules) | $300 | |
| | 21. Pre- or Post Confirmation Defense of a Motion for Relief from Stay or Creditor's Motion to Dismiss (Trial) | $600 | |

| | |
|---|---|
| 22. Pre- or Post Confirmation Defense of a Trustee's Motion to Dismiss (Other that for failure to amend, submit documentation or file schedules and when fees are not requested under another section of this paragraph, e.g. amended plan or amended schedules) (No Trial) | $100 |
| 23. Pre- or Post Confirmation Defense of a Trustee's Motion to Dismiss (Other that for failure to amend, submit documentation or file schedules and when fees are not requested under another section of this paragraph, e.g. amended plan or amended schedules) (Trial) | $300 |
| 24. Post-Confirmation Amendment to Schedules C, I & J (Not part of an amended plan or other motion) | $200 |
| 25. Proof of Claim (With relevant documents attached, including security documents) | $200 |
| 26. Pre- or Post-Confirmation Motion to "Reinstate" or Set Aside Dismissal Order (Other than for failure to timely file/submit documents or plan) | $250 |
| 27. Post-Confirmation Motion to "Deconsolidate"/Sever Case | $300 |

2. The following costs have been incurred with this Application:

| | |
|---|---|
| Actual Costs to Notify Creditors by Regular Mail (Not to Exceed $2.75 per Creditor) (Itemize each type of Notice) Notice of Modified Chapter 13 Plan dated January 2, 2026 (44 Notices) | $51.04 |
| Actual Costs to Notify Creditors by Certified Mail (Not to Exceed $11 per Creditor) (Itemize each type of Notice) Notice of Modified Chapter 13 Plan dated January 3, 2026 ( Notices) | |
| Fee to Add/Remove Creditors - Amount Actually Paid Indicate Date and Purpose of Payment: January 3, 2026 | |

3. **This total request is:**

| | |
|---|---|
| **Total Fees Requested** | $400.00 |
| **Total Costs Requested** | $51.04 |
| **Total Additional Fees and Costs Requested:** | $451.04 |

### Signature and Acknowledgment

No agreement has been made directly or indirectly, and no understanding exists for division of fees between the attorney for the debtor and any other person, firm, or corporation.

Approved by:                                      Respectfully submitted:
/s/                                               /s/Carl W. Hopkins
**Debtor's Signature**                            **Attorney's Signature**
/s/                                               Attorney Name: Carl W. Hopkins
**Debtor's Signature**                            Address:    P. O. Box 7359
*If debtor(s)' signature(s) are not obtained, a notice and          Van Buren, AR 73956
opportunity to object must be served on the debtor(s).  Phone number: 479.922.2175

### NOTICE OF OPPORTUNITY TO OBJECT TO APPLICATION FOR ADDITIONAL FEES

Notice is hereby given that Carl W. Hopkins has filed the foregoing *Application for Additional Fees* in the amount of **$451.04**

Objections to the *Application* must be filed in writing within twenty-one (21) days of the date of this notice.

Unless written notice is made within 21 days from the date of this notice, the Court may enter an order granting Carl W. Hopkins the requested attorney fees and costs without further notice.

Timely filed objections will be set for hearing by subsequent notice. A copy of any objection must also be served on the attorney named below and the Chapter 13 Trustee at P. O. Box 8064, Little Rock, AR 72203-8064.

|  |  |
|---|---|
| **This Notice is Dated:** | **January 3, 2026** |
|  | **Respectfully Submitted,** |
|  | **Carl W. Hopkins** <br> **Counsel for Debtor(s)** <br> P. O. Box 7359 <br> Van Buren, AR 72956 <br> Phone:  479.922.2175 |
| By: | /s/ Carl W. Hopkins <br> Carl W. Hopkins, ABN 094215 |

### Certificate of Service

I, Carl W. Hopkins, do hereby certify that a copy of the foregoing document has been served by first-class mail, postage prepaid, to the Debtor(s) on this day:

Scott Eugene Graham and Tashanna Lazhae Moore-Graham
1629 Grand Ave Apt B
Fort Smith, AR 72901


/s/Carl W. Hopkins				Date: January 3, 2026

MAILING COMPLETED
---------------------------
CASE NO: 2:24-bk-70948
 NAME:  GRAHAM, SCOTT EUGENE
TRACKING NUMBER:  7332404591

WE APPRECIATE YOUR SKILL IN RECOGNIZING THE VALUE OF OUTSOURCING YOUR MAIL!
Would you please consider referring our service to one of your colleagues?  We would appreciate the new customer and they would appreciate the fact that you turned them onto one of the best office admin tools ever for bankruptcy practitioners. In addition, the larger our client pool gets, the more leverage we we have in purchasing supplies.  This allows us to keep your costs down!

Thank you for using www.certificateofservice.com.  Your business is important to us.  Please find the certificate of service attached hereto. You may now file this certificate on ECF/PACER to prove up your service requirement. PLEASE TAKE NOTE: You are responsible for compliance with all local rules.
Our generic certificate may not satisfy your local rules in which case, you will need to create your own local rule compliance service document and attach our certificate as an exhibit.We apologize for any inconvenience. If you would like us to work with your local Clerk or Judge, we will be happy to reach out to them.

May we ask you to leave a review of our services at CertificateofService.com?
If you would, we would be grateful for your positive review of your experience with us.
If you did not have a positive experience, please pick up the phone right now and talk to us.
We would like to have the opportunity to make it right.
LEAVE A GOOGLE REVIEW: https://g.page/r/CcTBJYbuMuIdEAg/review.

If you have any questions, please do not hesitate to ask by calling or emailing us at:
helpdesk@bkattorneyservices3.com

YOUR DOCUMENTS ARE NOW IN THE USPS MAILSTREAM. THEY CANNOT BE PULLED BACK.

INVOICE INFORMATION:
--------------------------------------------------------------------------------

TRACKING NUMBER:7332404591

THIS JOB WAS PROCESSED BY: Mark Pfeifer
Printing Subtotal: $16.72
- Credits Applied: $0.00
= Printing: $16.72
+ Postage: $34.32
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
 = Total:     $ 51.04

Thank you for your business!

SPECIAL INSTRUCTIONS:


CLIENT BILLING CODE:


USE THE BELOW LINES IN YOUR FEE APPLICATION Printing Costs: 88 X .19 -  0 = 16.72

Postage Costs: 44 at the 1oz rate  = 34.32

ECFACCESS FEE:
------------------------------------------------------------------------------------------------------------------------------------------------------
 When we download your master mailing matrix list, we incur a fee from PACER for doing so.  At the present time, we absorb this cost  for you and do not charge you for accessing ECF.

POSTAGE BREAKDOWN:
-----------------------------------------
DOMESTIC MAIL: 44 envelopes @ .78
INTERNATIONAL MAIL: 0 envelopes @ 1.7
CANADA MAIL: 0 envelopes @ 1.7
MEXICO MAIL: 0 envelopes @ 1.7

CERTIFIED MAIL: 0 envelopes @ 10.48
TOTAL NUMBER OF ENVELOPES PRINTED: 44